UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MITCHELL, | No. 2:15-cv-0911 CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution due to plaintiff's failure to submit to the United States Marshal a completed summons and copies of the complaint. Plaintiff has now submitted the requisite documents. The order to show cause will therefore be discharged.

Plaintiff has also failed to comply with the court's order to file a consent or decline to consent form. See ECF No. 5-1. Plaintiff is reminded that a scheduling order has issued in this matter and the court will not contact counsel or the parties to remind them of the scheduling deadlines.[1] Failure to adhere to the scheduling order may result in sanctions, including dismissal. Local Rule 110.

---

[1] The court notes that plaintiff's counsel also failed to adhere to the scheduling order in another matter, Eilrich v. Commissioner of Social Security, 2:09-cv-2697 CKD.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The September 9, 2015 order to show cause is discharged.

2. Plaintiff shall file a consent/decline to consent form no later than September 25, 2015.

3. Counsel is cautioned that further failure to comply with the scheduling orders issued in social security matters will result in the imposition of monetary sanctions.

Dated: September 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mitchell0911.osc.dis