BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Tina L. Mitchell, | Civ. No. 15-cv-00911-CKD |
|     Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE THE ADMINISTRATIVE RECORD AND ANSWER** |
|     v. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | |
|     Defendant. | |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until January 29, 2016 to file the administrative record and an answer. This extension is requested because Defendant needs more time to locate the transcript and Defendant's Counsel will be on vacation until mid-January.

                                                Respectfully submitted,

/s/ Robert Weems  *
ROBERT WEEMS
Plaintiff's Attorney
* by Armand Roth by telephone authorization

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: December 14, 2015      /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: December 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2