BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX,,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

Tina l. Mitchell,

    Plaintiff,

    v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,

    Defendant.

No. 15-cv-00911-CKD

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF**

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to May 25, 2016, to file his brief. This extension is requested because Defendant's counsel has a very heavy workload including pending discovery and the need to ascertain facts in response to Plaintiff's brief.

                              Respectfully submitted,

/s/ Robert Weems *
ROBERT WEEMS
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: April 19, 2016      /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated:  April 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2