UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Tina L. Mitchell,<br><br>    Plaintiff,<br><br>    v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No 15-cv-00911-CKD<br><br>**ORDER ON DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD AND RESET THE BRIEFING SCHEDULE** |

For good cause shown, it is hereby ordered, that Defendant may file a supplemental certified administrative record and that the briefing schedule be reset from the filing of such record consistent with the Court's Scheduling Order.

Dated: May 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1